754

No. 130. MITCHELL ET AL., MEMBERS OF THE CIVIL SERVICE COMMISSION, *v.* COHEN; and

No. 131. MITCHELL ET AL., MEMBERS OF THE CIVIL SERVICE COMMISSION, *v.* HUBICKEY. Certiorari granted. *Acting Solicitor General Washington* for petitioners. *Gerhard A. Gesell* for respondents. ██

No. 138. JOHNSON *v.* UNITED STATES. Certiorari granted. *Silas Blake Axtell* and *Myron Scott* for petitioner. *Solicitor General Perlman, Assistant Attorney General Ford, Samuel D. Slade* and *Melvin Richter* for the United States. 

No. 157. MASSACHUSETTS ET AL. *v.* UNITED STATES. Certiorari granted. *Clarence A. Barnes,* Attorney General of Massachusetts, and *Nathan B. Bidwell,* Assistant Attorney General, for petitioners. *Acting Solicitor General Washington, Sewall Key, Lee A. Jackson* and *Helen Goodner* for the United States. *George F. Barrett,* Attorney General, and *Albert E. Hallett,* Assistant Attorney General, filed a brief for the State of Illinois, as *amicus curiae,* in support of the petition. ██

No. 171. KING *v.* ORDER OF UNITED COMMERCIAL TRAVELERS OF AMERICA. Certiorari granted. *Jesse W. Boyd* for petitioner. *E. W. Dillon* for respondent. 

